## The People on the relation of Charles F. Campau v. The Probate Judge of St. Joseph County.

*Mandamus: Petition for administration: Probate court: Remedy.* Mandamus will not lie to review the refusal of a probate court to grant letters of administration on an estate of a decedent.

*Heard June 5.    Decided June 6.*

Application for Mandamus.

*C. J. Beerstecher,* for relator.

No counsel appeared for respondent.

CAMPAU *v.* PROBATE JUDGE OF ST. JOSEPH COUNTY.

PER CURIAM:

The relator had applied for letters of administration on an estate, and his application appeared to make out a satisfactory case. On the hearing, the probate judge denied it.

*Held,* That if there was any error in this denial, the relator could not correct it by this proceeding.

Writ denied.